IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BARRAZA,

    Petitioner,               No. CIV S-02-1873 FCD CMK P

    vs.

JILL BROWN, Warden,

    Respondent.         <u>ORDER</u>

_____ /

    Petitioner has requested an extension of time to file and serve objections to the August 16, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's September 14, 2005 request for an extension of time is granted; and

    2. Petitioner shall file and serve objections to the August 16, 2005 findings and recommendations on or before October 13, 2005.

DATED: September 22, 2005.

                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE