IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BARRAZA,             No. CIV S-02-1873-FCD-CMK-P

    Petitioner,

vs.                                              ORDER

JILL BROWN,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's second request for an extension of time to file objections to the court's August 16, 2005, findings and recommendations.  Good cause appearing therefor, the request will be granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1.  Petitioner's second request for an extension of time is granted;

    2.  Petitioner's objections are due within 30 days of the date of service of this order.

DATED: October 19, 2005.

                                                                                   **CRAIG M. KELLISON**
                                                                                   UNITED STATES MAGISTRATE JUDGE