IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BARRAZA,             No. CIV S-02-1873-FCD-CMK-P

    Petitioner,

  vs.                               ORDER

JILL BROWN,

    Respondent.

                          /

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 16, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within ten days. Following several extensions of time, petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 16, 2005, are adopted in full;

2. The petition for a writ of habeas corpus is denied; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: January 19, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge