IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY BARRAZA,       No. CIV S-02-1873-FCD-CMK-P

    Petitioner,

  vs.       <u>ORDER</u>

JILL BROWN,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 32), filed on February 16, 2006.

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 19, 2006, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.

Fed. R. App. P. 22(b).  For the reasons set forth in the magistrate judge's August 16, 2005, findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.

      Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability is denied.

DATED: April 11, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge